|   |   |
|---|---|
| 1 | LEE A. SHERMAN, ESQ. (SBN 172198) |
| 2 | KYLE R. DiNICOLA, ESQ. (SBN 197542)<br>**CALLAHAN, THOMPSON, SHERMAN & CAUDILL, LLP** |
| 3 | 2601 Main Street, Suite 800<br>Irvine, California 92614 |
| 4 | Telephone   (949) 261-2872<br>Facsimile:   (949) 261-6060 |
| 5 | Email:   lsherman@ctsclaw.com<br>         kdinicola@ctsclaw.com |
| 6 | Attorneys for Plaintiff,<br>**TIANA ADAMS** |

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA–WESTERN DIVISION

| TIANA ADAMS, individually and on behalf of all others similarly situated,<br><br>Plaintiff,<br><br>vs.<br><br>LIVE NATION ENTERTAINMENT, INC., VIVID SEATS, LTD., a California corporation and DOES 1-25, Inclusive,<br><br>Defendants. | CASE NO.: 5:17-cv-01472-BRO-(JCx)<br><br>ASSIGNED FOR ALL PURPOSES TO:<br>HON. JUDGE BEVERLY REID O'CONNELL<br>COURTROOM 7C<br><br>**NOTICE OF SETTLEMENT**<br><br><br>COMPLAINT FILED:   04/20/2017<br>TRIAL DATE:        NONE |
|---|---|

NOTICE OF SETTLEMENT

TO THE HONORABLE JUDGE BEVERLY REID O'CONNELL:

In accordance with Local Rule 16-15.7, Plaintiff hereby submits this Notice of Settlement to notify the Court that a global settlement has been reached between all parties. The parties will require time to arrange for drafting and procuring signatures of the settlement documents, as well as the filing of a declaration pursuant to FRCP 23(e). The parties anticipate a dismissal will be filed no later than 15 days from the date of this notice.

DATED: August 24, 2017        **CALLAHAN, THOMPSON, SHERMAN & CAUDILL, LLP**

By: *S/Lee A. Sherman*
LEE A. SHERMAN
KYLE R. DiNICOLA
Attorneys for Plaintiff
**TIANA ADAMS**