1 LEE A. SHERMAN, ESQ. (SBN 172198)
  KYLE R. DiNICOLA, ESQ. (SBN 197542)
2 **CALLAHAN, THOMPSON, SHERMAN & CAUDILL, LLP**
  2601 Main Street, Suite 800
3 Irvine, California 92614
  Telephone   (949) 261-2872
4 Facsimile:  (949) 261-6060
  Email:      lsherman@ctsclaw.com
5             kdinicola@ctsclaw.com

6 Attorneys for Plaintiff,
  **TIANA ADAMS**

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA–WESTERN DIVISION

| | |
|---|---|
| TIANA ADAMS, individually and on behalf of all others similarly situated,<br><br>Plaintiff,<br><br>vs.<br><br>LIVE NATION ENTERTAINMENT, INC., VIVID SEATS, LTD., a California corporation and DOES 1-25, Inclusive,<br><br>Defendants. | CASE NO.: 5:17-cv-01472-BRO-(JCx)<br><br>ASSIGNED FOR ALL PURPOSES TO: HON. JUDGE BEVERLY REID O'CONNELL COURTROOM 7C<br><br>**STIPULATION RE DISMISSAL WITH PREJUDICE OF ENTIRE ACTION**<br><br>[Proposed Order Filed Concurrently]<br><br>COMPLAINT FILED:   04/20/2017<br>TRIAL DATE:        NONE |

STIPULATION RE DISMISSAL

1  The parties to this action, acting through counsel, and pursuant to Federal Rule
2 of Civil Procedure 41(a)(1)(A)(ii) hereby stipulate, in consideration of the negotiated
3 settlement executed by them, to the Dismissal With Prejudice of this action, including
4 all claims stated herein against all parties, with each party to bear its own attorney's
5 fees and costs.

6  Pursuant to L.R. 5-4.3.4(a)(2)(i), the filer attests that all signatories listed
7 below, and on whose behalf this filing is submitted, concur in the filing's content and
8 have authorized the filing.

DATED: September 8, 2017  **CALLAHAN, THOMPSON, SHERMAN & CAUDILL, LLP**

By: *S/Lee A. Sherman*
LEE A. SHERMAN
KYLE R. DiNICOLA
Attorneys for Plaintiff,
**TIANA ADAMS**

DATED: September 8, 2017  **IRELL & MANELLA, LLP**

By: *S/Craig Varnen*
CRAIG VARNEN
MORGAN D. MACBRIDE
Attorneys for Defendant,
**LIVE NATION ENTERTAINMENT, INC.**

DATED: September 8, 2017  **JENNER & BLOCK**

By: *S/Daniel A. Rozansky*
DANIEL A. ROZANSKY
Attorneys for Defendant,
**VIVID SEATS, LLC, incorrectly sued and served as Vivid Seats, LTD, a California Corporation**

STIPULATION RE DISMISSAL