LEE A. SHERMAN, ESQ. (SBN 172198)
KYLE R. DiNICOLA, ESQ. (SBN 197542)
**CALLAHAN, THOMPSON, SHERMAN & CAUDILL, LLP**
2601 Main Street, Suite 800
Irvine, California 92614
Telephone   (949) 261-2872
Facsimile:   (949) 261-6060
Email:       lsherman@ctsclaw.com
             kdinicola@ctsclaw.com

Attorneys for Plaintiff,
**TIANA ADAMS**

# UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA–WESTERN DIVISION

| | |
|---|---|
| TIANA ADAMS, individually and on behalf of all others similarly situated,<br><br>Plaintiff,<br><br>vs.<br><br>LIVE NATION ENTERTAINMENT, INC., VIVID SEATS, LTD., a California corporation and DOES 1-25, Inclusive,<br><br>Defendants. | CASE NO.: 5:17-cv-01472-BRO-(JCx)<br><br>ASSIGNED FOR ALL PURPOSES TO:<br>HON. JUDGE BEVERLY REID O'CONNELL<br>COURTROOM 7C<br><br>**ORDER ON STIPULATION RE DISMISSAL WITH PREJUDICE OF ENTIRE ACTION**<br><br>[Stipulation Re Dismissal Filed Concurrently]<br><br>COMPLAINT FILED:   04/20/2017<br>TRIAL DATE:         NONE |

# **ORDER**

The Court having considered the stipulation of the parties, and good cause appearing therefor, orders as follows:

1. The action is dismissed with prejudice as against Defendants, Live Nation Entertainment, Inc. and Vivid Seats, LLC.
2. Each party shall bear their own costs and attorney's fees.

IT IS SO ORDERED.

DATED: September 12, 2017

By: _____
Honorable Beverly R. O'Connell
United States District Court Judge